UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

OSAMA MAKHLOUF,

                    Petitioner,

v.

CHRISTOPHER LAROSE, warden of
Otay Mesa Detention Center; DANIEL A.
BRIGHTMAN, San Diego Field Office
Director, Immigration and Customs
Enforcement and Removal Operations;
TODD LYONS, Acting Director of
Immigration and Customs Enforcement;
KRISTI NOEM, Secretary of the
Department of Homeland Security;
PAMELA BONDI, Attorney General of
the United States; U.S. DEPARTMENT
OF HOMELAND SECURITY; U.S.
IMMIGRATION AND CUSTOMS
ENFORCEMENT,

                    Respondents.

Case No.:  3:26-cv-02636-LEK-JLB

**MINUTE ORDER DIRECTING
THE ENTRY OF JUDGMENT**

Petitioner Osama Makhlouf ("Petitioner") filed a Petition for Writ of Habeas Corpus and Order to Show Cause Within Three Days; Complaint for Declaratory and Injunctive Relief ("Petition") on April 25, 2026. [Dkt. no. 1.] On June 8, 2026, this Court issued an order granting the Petition in part and denying it in part ("6/8 Order"). [Dkt. no. 6.] The 6/8 Order directed the respondents, identified in the Petition as Christopher LaRose, warden of Otay Mesa Detention Center; Daniel A. Brightman, San Diego Field Office Director, Immigration and Customs Enforcement and Removal Operations ("ICE/ERO"); Todd Lyons, Acting Director of Immigration and Customs Enforcement ("ICE"); Kristi Noem, Secretary of the Department of Homeland Security ("DHS");

Pamela Bondi, Attorney General of the United States; DHS; and ICE ("Respondents"), to provide Petitioner with an individualized bond hearing consistent with the terms of the 6/8 Order within fourteen days. [Id. at 8.]

On June 23, 2026, Respondents filed the parties' Joint Status Report. [Dkt. no. 7.] The parties report that Petitioner's bond hearing was held on June 22, 2026 and that Petitioner was granted release under bond, subject to conditions. [Id. at 1.]

In light of the parties' Joint Status Report, there are no remaining issues in this case. The Clerk's Office is DIRECTED to enter judgment in favor of Petitioner pursuant to the 6/8 Order and to close this case immediately.

**IT IS SO ORDERED.**

DATED AT HONOLULU, HAWAII, July 1, 2026.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
Senior U.S. District Judge

**<u>OSAMA MAKHLOUF VS. CHRISTOPHER LAROSE, ETC., ET AL.</u>; CV 26-02636 LEK-JLB; MINUTE ORDER DIRECTING THE ENTRY OF JUDGMENT**

2