

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Osama Makhlouf

**Plaintiff,**

V.

see attached

**Civil Action No.**  26-cv-02636-LEK-JLB

**JUDGMENT IN A CIVIL CASE**

**Defendant.**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Judgment is entered in favor of Petitioner.

**Date:**        7/2/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ S. Tweedle

S. Tweedle, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** <u>26-cv-02636-LEK-JLB</u>

Respondent
Christopher LaRose
warden of Otay Mesa Detention Center

Respondent
Daniel A. Brightman
San Diego Field Office Director, Immigration and Customs Enforcement and Removal Operations (ICE/ERO)

Respondent
Todd Lyons
Acting Director of Immigration Customs Enforcement (ICE)

Respondent
Kristi Noem
Secretary of the Department of Homeland Security (DHS)

Respondent
Pamela Bondi
Attorney General of the United States

Respondent
U.S. Department of Homeland Security

Respondent
U.S. Immigration and Customs Enforcement